**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| STATE OF DELAWARE, | ) | |
| | ) | |
| v. | ) | ID No. 2307004229 |
| | ) | |
| JAMAL S. WING, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Date Submitted: April 5, 2024
Date Decided: April 8, 2024

**ORDER**

Upon consideration of Defendant Jamal S. Wing's ("Wing") Motion for Sentence Modification ("Motion"),[1] Superior Court Criminal Rule 35(b), statutory and decisional law, and the record, **IT APPEARS THAT:**

(1)     On February 14, 2024, Wing pled guilty to Assault Second Degree (IN23-07-0899) and Driving Under the Influence ("DUI") (IN23-07-0902).[2]  That same day, Wing was sentenced as follows: for Assault Second Degree, 8 years at Level V, with credit for 221 days previously served, suspended after 12 months for 1 year Level III; and for DUI, 2 years at Level V, suspended after 3 months for 1 year at Level III.[3]

---

[1] D.I. 14.
[2] D.I. 12.
[3] D.I. 13.  Wing's probation is to run concurrently and his Level V sentence for DUI is pursuant to a mandatory minimum.  *Id.*

(2)     Wing filed the instant Motion on March 28, 2024.[4]  In his Motion, Wing requests that the Court modify the remainder of his Level V sentence to either Level IV or Level III GPS.[5]  In support of his Motion, Wing states that his father has received a terminal diagnosis and is in hospice.[6]

(3)     The State opposes Wing's Motion.[7]  The State maintains that Wing's Level V sentence remains appropriate as "a necessary measure to protect the public from the threat posed by [Wing's] actions and to deter future recidivism."[8]

(4)     Superior Court Criminal Rule 35(b) governs motions for modification or reduction of sentence.[9]  The purpose of Rule 35(b) is to "provide a reasonable period for the Court to consider alteration of its sentencing judgments."[10]  Rule 35(b) contains procedural bars for timeliness and repetitiveness.[11]  Under Rule 35(b), the "[C]ourt may reduce a sentence of imprisonment on a motion made within 90 days after the sentence was imposed."[12]  However, the Court cannot modify the minimum mandatory portion of a sentence.[13]

(5)     Wing's Motion is not procedurally barred.  His Motion was filed on

---

[4] D.I. 14.
[5] *Id.*
[6] *Id.*
[7] D.I. 16.
[8] *Id.*
[9] Super. Ct. Crim. R. 35(b).
[10] *State v. Remedio*, 108 A.3d 326, 331 (Del. Super. 2014).
[11] *See* Super. Ct. Crim. R. 35(b).
[12] *Id.*
[13] 11 *Del. C.* § 4204(d); D.I. 27.

March 28, 2024, within 90 days of his sentencing date, and is therefore timely.[14] Also, this is Wing's first motion for sentence modification and thus not barred as repetitive.

(6) Rule 35(b) places the burden of proof on "the movant to establish cause to modify a lawfully imposed sentence."[15] Although Rule 35(b) does not set forth specific criteria which must be met before the Court may grant a Rule 35(b) motion, "common sense dictates that the Court may modify a sentence if present circumstances indicate that the previously imposed sentence is no longer appropriate."[16]

(7) Wing's sentence of 3 months at Level V for DUI is a mandatory minimum sentence and the Court has no authority to reduce it.[17]

(8) This is Wing's third DUI offense.[18] Wing drove while impaired and assaulted and injured two Delaware State Police officers during his arrest.[19] He also bit and seriously injured a law enforcement K9.[20]

(9) Based on the record, the Court finds Wing's sentence remains appropriate for all the reasons stated at the time of sentencing.

---

[14] D.I. 12, D.I. 14.
[15] *State v. Joseph*, 2018 WL 1895697, at *1 (Del. Super. Apr. 11, 2018).
[16] *State v. Bailey*, 2017 WL 8787504, at *1 (Del. Super. Oct. 3, 2017).
[17] *See* 21 *Del. C.* § 4177(d)(3).
[18] *See* D.I. 16.
[19] *Id.*
[20] *Id.*

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Jamal S. Wing's

Motion for Sentence Modification is **DENIED**.

**IT IS SO ORDERED.**


                                              /s/ Jan R. Jurden
                                      Jan R. Jurden, President Judge


cc:    Original to Prothonotary
        Isaac Rank, DAG
        Jamal S. Wing (SBI # 00254817)